## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISMAEL FELIX ROSARIO, | : | No. 3:25cv628 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| C.O. MCINTYRE, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 22 day of May 2026, upon consideration of the Rule 12(b) motion (Doc. 19) to dismiss by defendant Wellpath, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The motion (Doc. 19) to dismiss based on plaintiff's alleged failure to opt-out of the Third-Party Release is **DENIED**.

2.  The Wellpath defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court