## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISMAEL FELIX ROSARIO,       :     No. 3:25cv628

         Plaintiff     :     (Judge Munley)

     v.     :

C.O. MCINTYRE, et al.,     :

         Defendants     :

## ORDER

**AND NOW**, to wit, this ____ day of June 2026, upon consideration of the corrections defendants' motion (Doc. 21) to dismiss the complaint in part, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion (Doc. 21) is **GRANTED**.

2. The Fourteenth Amendment Equal Protection claim and the claims against defendant Salamon are **DISMISSED**.

3. The Clerk of Court is directed to **TERMINATE** Superintendent Bobbi Salamon as a defendant in this action.

4. The action against the corrections defendants **SHALL PROCEED** on the Eighth Amendment Cruel and Unusual Punishment claim.

5. Discovery shall be completed on or before August 10, 2026. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

6.   Plaintiff's motion (Doc. 34) for leave to conduct discovery to ascertain the identity of the Jane Doe defendant is **GRANTED**.

7.   On or before August 24, 2026, the parties shall **NOTIFY** the court of whether they are amenable to mediation.

8.   On or before August 24, 2026, the parties shall **NOTIFY** the court of their willingness to consent to the jurisdiction of a United States Magistrate Judge.  See 28 U.S.C. § 636(c).

9.   Dispositive motions shall be filed on or before September 9, 2026.

10.  No extensions of the pre-trial schedule shall be granted absent good cause.  See FED. R. CIV. P. 16(b).

11.  Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

12.  The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

13.  Any appeal from this order is **DEEMED** frivolous and not taken in good faith.  See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2